# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ONMYWHEY, LLC, <br><br> Plaintiff, <br><br> v. <br><br> THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", <br><br> Defendants. | Case No. 22-cv-00912 <br><br> **Judge Robert M. Dow, Jr.** <br><br> **Magistrate Judge Sunil R. Harjani** |

## PRELIMINARY INJUNCTION ORDER

THIS CAUSE being before the Court on OnMyWhey, LLC's ("OnMyWhey" or "Plaintiff") Motion for Entry of a Preliminary Injunction, and this Court having heard the evidence before it hereby GRANTS Plaintiff's Motion for Entry of a Preliminary Injunction in its entirety against the fully interactive, e-commerce stores[1] operating under the seller aliases identified in Schedule A attached hereto, with the exception of Defendants Lucky home, shenzhenfeifanshengnongchanpinmaoyiyouxiangongsi, shenzhenshiyulantiandianzikejiyouxiangongsi, Shenzhenshi Chengtongqin Keji Youxiangongsi, Shenzhenshixishenglunmaoyiyouxiangongsi, and ShenzhenshiXiaodahuanMaoyiYouxiangongsi (collectively, the "Seller Aliases").

THIS COURT HEREBY FINDS that it has personal jurisdiction over the Defendants since the Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Defendants have targeted sales to Illinois residents by setting up

---

[1] The e-commerce store urls are listed on Schedule A hereto under the Online Marketplaces.

and operating e-commerce stores that target United States consumers using one or more Seller Aliases, offer shipping to the United States, including Illinois, accept payment in U.S. dollars and, on information and belief, have sold products that infringe directly and/or indirectly OnMyWhey's United States designs patents shown in the below chart (the "OnMyWhey Designs").

| Patent Number | Claim | Issue Date |
|---|---|---|
| D844,435 | | April 2, 2019 |

| | | |
|---|---|---|
| D844,436 |  | April 2, 2019 |

| | | |
|---|---|---|
| D865,527 |  | November 5, 2019 |



THIS COURT FURTHER FINDS that injunctive relief previously granted in the Temporary Restraining Order ("TRO") should remain in place through the pendency of this litigation and that issuing this Preliminary Injunction is warranted under Federal Rule of Civil Procedure 65. Evidence submitted in support of this Motion and in support of OnMyWhey's previously granted Motion for Entry of a Temporary Restraining Order establishes that OnMyWhey has demonstrated a likelihood of success on the merits; that no remedy at law exists;

5

and that OnMyWhey will suffer irreparable harm if the injunction is not granted. Specifically, OnMyWhey has proved a *prima facie* case of design infringement because (1) OnMyWhey is the lawful assignee of all right, title and interest in and to the OnMyWhey Designs, (2) Defendants make, use, offer for sale, sell, and/or import into the United States for subsequent sale or use products that infringe directly and/or indirectly the ornamental designs claimed in the OnMyWhey Designs, and (3) an ordinary observer would be deceived into thinking the Infringing Product was the same as the OnMyWhey Designs. Furthermore, Defendants' continued and unauthorized use of the OnMyWhey Designs irreparably harms OnMyWhey through loss of customers' goodwill, reputational harm, and OnMyWhey's ability to exploit the OnMyWhey Designs. Monetary damages fail to address such damage and, therefore, OnMyWhey has an inadequate remedy at law. Moreover, the public interest is served by entry of this Preliminary Injunction to dispel the public confusion created by Defendants' actions. As such, this Court orders that:

1. Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under or in active concert with them be preliminarily enjoined and restrained from:
    a. offering for sale, selling, and importing any products not authorized by OnMyWhey and that include any reproduction, copy or colorable imitation of the designs claimed in the OnMyWhey Designs;
    b. aiding, abetting, contributing to, or otherwise assisting anyone in infringing upon the OnMyWhey Designs; and
    c. effecting assignments or transfers, forming new entities or associations or utilizing any other device for the purpose of circumventing or otherwise avoiding the prohibitions set forth in Subparagraphs (a) and (b).

2. Upon OnMyWhey's request, any third party with actual notice of this Order who is providing services for any of the Defendants, or in connection with any of Defendants' Online Marketplaces, including, without limitation, any online marketplace platforms such as eBay, Inc. ("eBay"), AliExpress, Alibaba Group Holding Ltd. ("Alibaba"), Amazon.com, Inc. ("Amazon"), ContextLogic Inc. d/b/a Wish.com ("Wish.com"), Wal-Mart, Inc. ("Wal-Mart") and Dhgate, (collectively, the "Third Party Providers") shall, within ten (10) business days after receipt of such notice, provide to OnMyWhey expedited discovery, including copies of all documents and records in such person's or entity's possession or control relating to:

   a. the identities and locations of Defendants, their agents, servants, employees, confederates, attorneys, and any persons acting in concert or participation with them, including all known contact information, and all associated e-mail addresses;

   b. the nature of Defendants' operations and all associated sales, methods of payment for services and financial information, including, without limitation, identifying information associated with the Online Marketplaces and Defendants' financial accounts, as well as providing a full accounting of Defendants' sales and listing history related to their respective Online Marketplaces; and

   c. any financial accounts owned or controlled by Defendants, including their agents, servants, employees, confederates, attorneys, and any persons acting in concert or participation with them, including such accounts residing with or under the control of any banks, savings and loan associations, payment processors or other financial institutions including, without limitation, PayPal, Inc. ("PayPal"), eBay, Alipay, Alibaba, Ant Financial Services Group ("Ant Financial"), Amazon Pay, Wish.com,

   Wal-Mart, DHgate or other merchant account providers, payment providers, third party processors, and credit card associations (e.g., MasterCard and VISA).

3. Upon OnMyWhey's request, those with notice of the injunction, including the Third Party Providers as defined in Paragraph 4, shall within ten (10) business days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defendants in connection with the sale of infringing goods using the OnMyWhey Designs.

4. Defendants shall be temporarily and preliminarily restrained and enjoined from transferring or disposing of any money or other of Defendants' assets until further ordered by this Court.

5. Any Third Party Providers, including PayPal, eBay, Alipay, Alibaba, Ant Financial, Wish.com, Wal-Mart, DHgate and Amazon Pay, shall, within ten (10) business days of receipt of this Order:

   a. locate all accounts and funds connected to Defendants' Seller Aliases and Online Marketplaces, including, but not limited to, any financial accounts connected to the information listed in Schedule A hereto; and

   b. restrain and enjoin any such accounts or funds from transferring or disposing of any money or other of Defendants' assets until further ordered by this Court.

6. OnMyWhey is authorized to issue expedited written discovery, pursuant to the Federal Rules of Civil Procedure 33, 34 and 36, related to:

   a. the identities and locations of Defendants, their agents, servants, employees, confederates, attorneys, and any persons acting in concert or participation with them, including all known contact information, including any and all associated e-mail addresses; and

    b. the nature of Defendants' operations and all associated sales, methods of payment for services and financial information, including, without limitation, identifying information associated with the Online Marketplaces and Defendants' financial accounts, as well as providing a full accounting of Defendants' sales and listing history related to their respective Online Marketplaces.

OnMyWhey is authorized to issue any such expedited discovery requests via e-mail. Defendants shall respond to any such discovery requests within ten (10) business days of being served via e-mail.

7. OnMyWhey may provide notice of these proceedings to Defendants, including service of process pursuant to Fed. R. Civ. P. 4(f)(3), and any future motions by electronically publishing a link to the Complaint, this Order and other relevant documents on a website and by sending an e-mail to Defendants that includes a link to said website. The Clerk of the Court is directed to issue a single original summons in the name of "The Partnerships and all other Defendants identified in the Complaint" that shall apply to all Defendants. The combination of providing notice via electronic publication and e-mail, along with any notice that Defendants receive from payment processors, shall constitute notice reasonably calculated under all circumstances to apprise Defendants of the pendency of the action and afford them the opportunity to present their objections.

8. Schedule A to the Complaint [2], Exhibit 1 to the Complaint [3], Exhibit 2 to the Declaration of Kayvon Pourmirzaie [17], and the TRO [24] are unsealed.

9. Any Defendants that are subject to this Order may appear and move to dissolve or modify the Order as permitted by and in compliance with the Federal Rules of Civil Procedure and Northern District of Illinois Local Rules.

10. The $10,000 bond posted by OnMyWhey shall remain with the Court until a Final disposition of this case or until this Preliminary Injunction is terminated.

IT IS SO ORDERED.

DATED: March 30, 2022

_____
Robert M. Dow, Jr.
United States District Judge

**OnMyWhey LLC v. The Partnerships and Unincorporated Associations Identified on Schedule "A" - Case No. 22-cv-00912**

# Schedule A

## Defendant Online Marketplaces

| No | URL | Name / Seller Alias |
|---|---|---|
| 1 | fjhengli.en.alibaba.com | Shishi City Jiatexin Crafts & Gifts Co., Ltd. |
| 2 | lzmug.en.alibaba.com | Zhuhai Lianzhong Plastic Hardware Co., Ltd. |
| 3 | marryxie.en.alibaba.com | Yiwu Fenxia E-Commerce Firm |
| 4 | protectivefacemask.en.alibaba.com | Dexing Xiangxing Weiye Weaving Co., Ltd. |
| 5 | aliexpress.com/store/1100083149 | Shop1100083149 Store |
| 6 | aliexpress.com/store/1100090147 | Shop1100090147 Store |
| 7 | aliexpress.com/store/1416117 | Gbuytoo Cycling Store |
| 8 | aliexpress.com/store/1513329 | Khun&toria Store |
| 9 | aliexpress.com/store/2348068 | AiLife Outdoor Store |
| 10 | aliexpress.com/store/2654198 | Musical World Store |
| 11 | aliexpress.com/store/2659192 | LLD Riding Store |
| 12 | aliexpress.com/store/2707009 | RIDECYLE Outdoor Store |
| 13 | aliexpress.com/store/2972038 | UniStyle Store |
| 14 | aliexpress.com/store/2999058 | Jogging Club Store |
| 15 | aliexpress.com/store/3027006 | HMJ Outdoor Store |
| 16 | aliexpress.com/store/4051069 | Sharly-HomeGarden Store |
| 17 | aliexpress.com/store/4428180 | NN Outdoor Store |
| 18 | aliexpress.com/store/4457018 | Keep Fitness Store |
| 19 | aliexpress.com/store/4477048 | Five gogogo Store |
| 20 | aliexpress.com/store/4692034 | shenzhen 002 Store |
| 21 | aliexpress.com/store/4997257 | Trave Adventure Outdoor Store |
| 22 | aliexpress.com/store/5012048 | Life diary Store |
| 23 | aliexpress.com/store/5062460 | Shop5062460 Store |
| 24 | aliexpress.com/store/5250157 | Shop5250157 Store |
| 25 | aliexpress.com/store/910438050 | Shop910438050 Store |
| 26 | aliexpress.com/store/910451059 | H&KEEP Store |
| 27 | aliexpress.com/store/910605012 | WXDPONE Factory Store |
| 28 | aliexpress.com/store/910724168 | DIDOO Store |
| 29 | aliexpress.com/store/910992003 | HF&Life Store |
| 30 | aliexpress.com/store/911053034 | Shop911053034 Store |
| 31 | aliexpress.com/store/911121013 | YOOK Store |

| 32 | aliexpress.com/store/911253162 | xiebaowang Store |
|---|---|---|
| 33 | aliexpress.com/store/911257402 | MordenA Life Store |
| 34 | aliexpress.com/store/911377094 | sytdelilah Store |
| 35 | aliexpress.com/store/911555287 | HimanJie Outdoors Store |
| 36 | aliexpress.com/store/911766946 | 7 TALK Store |
| 37 | aliexpress.com/store/911809109 | flymehome Store |
| 38 | aliexpress.com/store/911815283 | ENJOY-OPEN-AIR Store |
| 39 | aliexpress.com/store/911815388 | CyclingLover's Store |
| 40 | aliexpress.com/store/911819443 | FitnessLover's Store |
| 41 | aliexpress.com/store/911930351 | DotZone outdoors Store |
| 42 | aliexpress.com/store/911934944 | Verdure Outdoor Store |
| 43 | aliexpress.com/store/912030319 | Global outdoor shopping Store |
| 44 | aliexpress.com/store/912072102 | SU Good Life Store |
| 45 | aliexpress.com/store/912169511 | DHMYGS Kitchen Toos Store |
| 46 | aliexpress.com/store/912257587 | Drop-shipping-Tools Store |
| 47 | aliexpress.com/store/912332434 | PartyJunior Organizer Living Store Store |
| 48 | aliexpress.com/store/912348439 | Daily Necessities 9527 Store |
| 49 | aliexpress.com/store/912353948 | Sports-Cycling Store |
| 50 | aliexpress.com/store/912359667 | Fortunely Store |
| 51 | aliexpress.com/store/912367326 | Outdoor Interesting Store |
| 52 | aliexpress.com/store/912374310 | CMJP002 Store |
| 53 | aliexpress.com/store/912407216 | Le Zhai Furnishing Store |
| 54 | aliexpress.com/store/912423673 | Anna-Sunny Store |
| 55 | aliexpress.com/store/912430476 | SMY-Sports Store |
| 56 | aliexpress.com/store/912465473 | Sky-Sports Store |
| 57 | aliexpress.com/store/912501752 | Olga's shop Store |
| 58 | aliexpress.com/store/912521822 | Outdoor Riding&Keeping Warm Store |
| 59 | aliexpress.com/store/912594095 | Party Colonel Living Store |
| 60 | aliexpress.com/store/912598257 | Ssdmhy Store |
| 61 | aliexpress.com/store/912614861 | WHCMJP Outdoor Store |
| 62 | aliexpress.com/store/912617889 | CMJP fitness Store |
| 63 | aliexpress.com/store/912619191 | Solsikke Store |
| 64 | aliexpress.com/store/912636093 | FT Fitness Equipment Store |
| 65 | aliexpress.com/store/912657436 | CMSPORTS Store |
| 66 | amazon.com/sp?seller=A13OM0V7E434PF | settencas |
| 67 | amazon.com/sp?seller=A14UH1575I8G59 | luggliship |
| 68 | amazon.com/sp?seller=A1A8OSXADFAKFM | Cheng-store |
| 69 | amazon.com/sp?seller=A1B166VTAIL9I | haitop |
| 70 | amazon.com/sp?seller=A1BZ3ZQMK6M27W | squeay |
| 71 | amazon.com/sp?seller=A1C18UFW4MXZJ | CargonTi |
| 72 | amazon.com/sp?seller=A1IV96LZX5VU7D | Ectboad |

| | | |
|---|---|---|
| 73 | amazon.com/sp?seller=A1LOZUS6GR80AY | Prom-near |
| 74 | amazon.com/sp?seller=A1OEWZX32CT07S | tomoyou |
| 75 | amazon.com/sp?seller=A1OWVUFGKDW5IH | Thymrim |
| 76 | amazon.com/sp?seller=A1X998997QY8BE | ranchuy |
| 77 | amazon.com/sp?seller=A1XOAA2X34FYWX | LUCKBEAR |
| 78 | amazon.com/sp?seller=A23EVMZLPC2VK2 | Tavot |
| 79 | amazon.com/sp?seller=A27U44XTHTDSM0 | giantall |
| 80 | amazon.com/sp?seller=A29OGX3RIEYYHQ | kinyic |
| 81 | amazon.com/sp?seller=A2ITOWQ4AIMR4Z | Kitcheb |
| 82 | amazon.com/sp?seller=A2JZ667TE185IN | Convincied |
| 83 | amazon.com/sp?seller=A2MOPQQ73DZ3QB | Sukaly |
| 84 | amazon.com/sp?seller=A2NWZ1E9H82KPA | POP-STYLE |
| 85 | amazon.com/sp?seller=A2Q0HP5HKJYC9U | Goodies to Share |
| 86 | amazon.com/sp?seller=A30DNCD2U1GMRR | AILAAILA |
| 87 | amazon.com/sp?seller=A367W8A2EXUFFU | youthsalon |
| 88 | amazon.com/sp?seller=A3EB8PKA0YZVXZ | Untous |
| 89 | amazon.com/sp?seller=A3NC4W70P98838 | weemoment |
| 90 | amazon.com/sp?seller=A63N4S0S7A31M | Dorem |
| 91 | amazon.com/sp?seller=A7HST741P7PRZ | frothtec |
| 92 | amazon.com/sp?seller=A8L9QT837B3G0 | Moving Ship |
| 93 | amazon.com/sp?seller=A9X1DE9NO8ETN | Thstone |
| 94 | amazon.com/sp?seller=APK90G6OLUJIU | whoopizz |
| 95 | dhgate.com/store/21033011 | ideaspark Store |
| 96 | dhgate.com/store/21063795 | Fjbbwyxy Store |
| 97 | dhgate.com/store/21084285 | Yiyunwat |
| 98 | dhgate.com/store/21610798 | xinyunxing888 Store |
| 99 | dhgate.com/store/21634982 | Shenfangya |
| 100 | dhgate.com/store/21635115 | Libaifang |
| 101 | dhgate.com/store/21635558 | Zhuziqin |
| 102 | ebay.com/usr/yongbetter137 | yongbetter137 |
| 103 | EXCEPTED | EXCEPTED |
| 104 | EXCEPTED | EXCEPTED |
| 105 | EXCEPTED | EXCEPTED |
| 106 | EXCEPTED | EXCEPTED |
| 107 | EXCEPTED | EXCEPTED |
| 108 | EXCEPTED | EXCEPTED |
| 109 | wish.com/merchant/ 579081d9d057a305aa6b6372 | chaoneng |
| 110 | wish.com/merchant/ 582ec9368108914211fa2079 | xinglongzhuanqian |