**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

ONMYWHEY, LLC,

Plaintiff,

v.

THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

Defendants.

Case No. 22-cv-00912

**Judge Robert M. Dow, Jr.**

**Magistrate Judge Sunil R. Harjani**

**JOINT STATUS REPORT**

Plaintiff OnMyWhey, LLC ("Plaintiff" or "OnMyWhey") and Defendants Wuhan Hengxiang E-Commerce Co., Ltd., Shenzhen Feifansheng Agricultural Trading Co., Ltd., Shenzhen Yulantian Electronic Technology Co., Ltd., Shenzhen Xiaodahuan Trading Co., Ltd., Shenzhen Xishenglun Trading Co., Ltd., Shenzhen Chengtongqin Technology Co., Ltd. ("Defendants") (collectively "Parties") submit the following joint status report pursuant to Minute Entry [39].

The Parties have reached a settlement in principle and are in the process of executing an agreement. The briefing schedule on Plaintiff's Motion for Preliminary Injunction against Defendants can be stricken as moot.

Dated this 13th day of April 2022.

Respectfully submitted,

/s/ Justin R. Gaudio
Amy C. Ziegler
Justin R. Gaudio
Jake M. Christensen
Thomas J. Juettner
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
jchristensen@gbc.law
tjjuettner@gbc.law

*Counsel for Plaintiff OnMyWhey, LLC.*

/s/ Matthew De Preter
Matthew De Preter
Aronberg Goldgehn Davis & Garmisa
330 N. Wabash Ave.
Suite 1700
Chicago, IL 60611
*Attorneys for Wuhan Hengxiang E-Commerce Co., Ltd., Shenzhen Feifansheng Agricultural Trading Co., Ltd., Shenzhen Yulantian Electronic Technology Co., Ltd., Shenzhen Xiaodahuan Trading Co., Ltd., Shenzhen Xishenglun Trading Co., Ltd., Shenzhen Chengtongqin Technology Co., Ltd.*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 13th day of April 2022, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system. The CM/ECF system will send a "Notice of E-Filing" to the attorneys of record in this case.

/s/ Justin R. Gaudio

Amy C. Ziegler
Justin R. Gaudio
Jake M. Christensen
Thomas J. Juettner
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
jchristensen@gbc.law
tjjuettner@gbc.law

*Counsel for Plaintiff OnMyWhey, LLC.*